**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-6428**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

DENNIS WILLIAMS, a/k/a Devon, a/k/a George
Washington Barker, a/k/a Nushwill St. Albans
Williams, a/k/a Dennis Leonard,

Defendant - Appellant.

———————

**No. 01-6825**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

DENNIS WILLIAMS, a/k/a Devon, a/k/a George
Washington Barker, a/k/a Nushwill St. Albans
Williams, a/k/a Dennis Leonard,

Defendant - Appellant.

———————

Appeals from the United States District Court for the District of
Maryland, at Baltimore. Catherine C. Blake, District Judge. (CR-
89-104-HAR, CA-01-217-CCB, CA-92-2917-HAR)

Submitted:  September 19, 2001        Decided:  October 23, 2001

Before WIDENER and WILKINS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Dennis Williams, Appellant Pro Se.  Philip S. Jackson, Assistant United States Attorney, Richard Charles Kay, OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Dennis Williams appeals from the district court's order construing his motion to amend as a 28 U.S.C.A. § 2255 (West Supp. 2001) motion and dismissing it as successive, and two subsequent orders, the first denying his Fed. R. Civ. P. 60 motion for reconsideration and motion to amend pleadings, and the second denying his Fed. R. Civ. P. 59 motion. We have reviewed the record and the district court's opinion and orders and find no reversible error. Accordingly, we affirm on the reasoning of the district court. United States v. Williams, Nos. CR-89-104-HAR; CA-01-217-CCB, CA-92-2917-HAR (D. Md. Feb. 6, Apr. 13 & Apr. 30, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

3